IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ROBERT JAMES HUNLEY,** ) | Civil Action No. 7:11cv00386 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| **DIRECTOR OF CORRECTIONS, et al.,** ) | By: Norman K. Moon | |
| Defendants. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Hunley's motion (Docket No. 3) to proceed in forma pauperis is **GRANTED**, this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), Hunley's motion to appoint counsel (Docket No. 2) is **DENIED as moot**, Hunley's request for preliminary injunctive relief (Docket No. 4) is **DENIED**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 29th day of August, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE